**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 11-61290-Civ-WILLIAMS**

ANTHONY CHASE,

      Plaintiff,

vs.

NOVA SOUTHEASTERN
UNIVERSITY, INC.,

      Defendant.

_____/

## ORDER ON DEFENDANT'S MOTION FOR SANCTIONS

This MATTER is before the Court on Defendant's Motion for Rule 11 Sanctions [D.E. 24]. Defendant argues that sanctions are appropriate under Rule 11(b)(3) of the Federal Rules of Civil Procedure because Plaintiff's claims are frivolous in that they lack any evidentiary support and will likely lack such support after a reasonable opportunity for further investigation or discovery. Having reviewed the Complaint [D.E. 1], the Defendant's motion [D.E. 24], Plaintiff's Motion for Enlargement of Time to Respond [D.E. 27], the Plaintiff's Partial Response [D.E. 29], and the Defendant's Reply [D.E. 31], the motion is **DENIED WITHOUT PREJUDICE**. The Defendant may renew the motion at the end of the litigation if appropriate. *See Baker v. Alderman*, 158 F.3d 516, 523 (11th Cir. 1998) ("Although the timing of sanctions rests in the district judge's discretion, Rule 11 sanctions normally will be determined at the end of the litigation.") (citation and footnote omitted).

1

DONE AND ORDERED in Chambers, at Miami, Florida, this 4th day of January, 2012

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE