UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61290-Civ-WILLIAMS

ANTHONY CHASE,

    Plaintiff,

vs.

NOVA SOUTHEASTERN
UNIVERSITY, INC.,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE AND RE-SETTING TRIAL DATE AND PRE-TRIAL DEADLINES

This MATER is before the Court on Plaintiff's Motion to Extend All Remaining Pretrial Deadlines [D.E. 43]. The motion is **GRANTED** as follows. The Trial Date in this case is **RE-SET** for the two-week trial period beginning on October 9, 2012. Calendar Call is **RE-SET** for 11:00 a.m., October 3, 2012, at 400 N. Miami Ave., Miami, Florida, Courtroom 11-3.

The pre-trial deadlines are **MODIFIED** as follows:

| | |
|---|---|
| Discovery Deadline: | June 11, 2012 |
| Substantive Pretrial Motions: | July 2, 2012 |
| Daubert Motions: | August 24, 2012 |
| Mediation Deadline: | September 14, 2012 |
| Motions in Limine: | September 21, 2012 |
| Responses to Motions in Limine: | September 28, 2012 |

1

| | |
|---|---|
| Mandatory Pretrial Stipulation: | September 28, 2012 |
| Jury Instructions or Proposed Findings of Fact and Conclusions of Law: | September 28, 2012 |
| Exhibit and Witness Lists: | September 28, 2012 |

DONE AND ORDERED in Chambers, at Miami, Florida, this /3rd day of March, 2012

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE